

**U.S. Department of Justice**

Antitrust Division

*RFK Main Justice Building*

*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530-0001*

September 10, 2014

**By CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Local Rule 34.1(a) Statement for *United States v. Apple Inc.*, Nos. 13-3741 (L),
      13-3748, 13-3783

Dear Ms. O'Hagan Wolfe:

    Pursuant to Local Rule 34.1(a), the United States filed on June 10, 2014 a
statement requesting oral argument and advising the Court of dates of unavailability.
This letter seeks to supplement that statement, as counsel for the United States is
unavailable on the following dates:  November 3, 4, 10, and 12, and December 1, 2, 3, 8
and 9.  I respectfully request that the Court not schedule oral argument on those days.

                              Respectfully submitted,


                              /s/ Finnuala K. Tessier

                              Finnuala K. Tessier
                              Attorney, Appellate Section
                              (202) 305-7420

cc: Counsel of Record (via CM/ECF)