

**ATTORNEY GENERAL OF TEXAS**

GREG ABBOTT

December 18, 2014

United States Court of Appeals for the Second Circuit
Attn: Catherine O'Hagan Wolfe, Clerk of Court      **Via Federal Express**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**   *United States of America v. Apple, Inc.*, No. 13-3741cv

Dear Ms. Wolfe:

I hereby request a copy of an audio CD recording of the oral argument in the above-referenced appeal. The argument took place on December 15, 2014, at 10:00 a.m. before Judges Jacobs, Livingston, and Lohier. Enclosed please find a check for the $30.00 fee. Please send the CD to:

> Eric Lipman
> Office of the Attorney General
> Antitrust Section
> 300 W. 15th Street, Floor 7
> MC-010-7
> Austin, Texas 78701

Please do not hesitate to contact me if you need any further information.

Respectfully,

Eric Lipman
Assistant Attorney General
Antitrust Section
(512) 463-1579 direct line
(512) 320-0975 facsimile
eric.lipman@texasattorneygeneral.gov